# LAW OFFICES OF
# TODD WENGROVSKY, PLLC.

285 Southfield Road, Box 585
Calverton, New York 11933
Tel (631) 727-3400
Fax (631) 727-3401
contact@twlegal.com

---

> Request GRANTED. The initial pretrial conference, currently scheduled for October 29, 2025, shall be held November 12, 2025, at 10:30 a.m. The parties are reminded to comply with the Court's Notice of Initial Pretrial Conference at Dkt. 4.
>
> Dated: October 21, 2025
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

---

via ECF

September 29, 2025

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>GS Holistic, LLC v. Super Chill of NY Inc. et al, SDNY 25-CV-5044</u>

Dear Judge Rochon:

    I represent the Defendants in the above-referenced action. This is to request adjournment of the Initial Conference scheduled for October 29, 2025 due to a conflict with another court appearance.

    I have consulted with opposing counsel, and Plaintiff's attorney has indicated his consent to this request. This is the first request for adjournment by either party.

    The attorneys have mutual availability to attend a Conference on the following dates, if convenient for the Court:

November 10 (afternoon only)
November 12
November 13
November 14
November 20
November 21

    We respectfully request that the Conference be re-scheduled to one of such dates, or the first date convenient for the Court thereafter.

Respectfully submitted,

<u>/s/ Todd Wengrovsky</u>

Todd Wengrovsky

cc: Anthony M. Verna, III , Esq.,
*Counsel for Plaintiff,* via ECF