USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___06/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

GS HOLISTIC, LLC,

                                Plaintiff,

           -against-

SUPER CHILL OF NY  INC. et al.,

                           Defendants.
--------------------------------------------------------------------X

**ORDER ADJOURNING PRE-SETTLEMENT TELEPHONE CONFERENCE**

**25-CV-5044 (JLR)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Notice of Settlement filed on June 19, 2026 (doc. no 39) the Pre-settlement Telephone Conference currently scheduled for **July 21, 2026** is hereby adjourned *sine die*.

SO ORDERED.

Dated: June 20, 2026
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge